MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JOSE ALFREDO GARCIA-SUAREZ, <br>     Defendant. | No. CR 13-0423 RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

    The parties in this case appeared before the Court on July 23, 2013, for a status conference. At that time, the parties represented to the Court that granting exclusion of time under the Speedy Trial Act would be appropriate. The government anticipates turning over additional discovery in this matter, as requested by defense counsel. As a result, defense counsel represented that additional time will be required to review the discovery disclosed by the government.

    The parties requested the Court to set the matter out to provide adequate time to obtain and review new discovery, and agreed that granting exclusion of time under the Speedy Trial Act would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C.

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 13-0423 RS

1 § 3161(h)(7)(B)(iv).  The parties further agreed that the ends of justice served by granting such
2 an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.
3 18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
4 agreement, and set the matter to August 13, 2013.
5       SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

9 DATED: July 23, 2013         _____/s/_____
                                  JANAKI GANDHI
10                                   Special Assistant United States Attorney

12 DATED: July 23, 2013         _____/s/_____
                                  JODI LINKER
13                                   Attorney for Defendant Jose Alfredo Garcia-Suarez

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 13-0423 RS

1 [~~PROPOSED~~] ORDER

2      For the reasons stated above and at the July 23, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 23, 2013, to August 13, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

     IT IS SO ORDERED.

DATED:  7/24/13                              _____
                                              THE HONORABLE RICHARD SEEBORG
                                              United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 13-0423 RS