MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7050
Fax: (415) 436-7234
Email: janaki.gandhi@usdoj.gov

FILED
OCT 03 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-0423 RS |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JOSE ALFREDO GARCIA SUAREZ, a/k/a Jose Alfredo Garcia | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment.

DATED: October 3, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 13-0423 RS

Leave is granted to the government to dismiss the indictment.

DATED: 10/3/13

THE HONORABLE RICHARD SEEBORG
United States District Judge

NOTICE OF DISMISSAL
CR 13-0423 RS